IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-cv-00184-FL

| | |
|---|---|
| GLORIA PITTMAN, individually and on behalf of all other similarly situated persons, ) ) ) Plaintiffs, ) ) v. ) ) BARNHILL CONTRACTING COMPANY, ) ) Defendant. ) ) | ORDER ALLOWING DEFENDANT'S MOTION TO STAY FURTHER PROCEEDINGS PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS |

This matter having come before the Court pursuant to Defendant's Motion to Stay Further Proceedings Pending Resolution of Defendant's Motion to Dismiss and Motion for Judgment on the Pleadings, and this Court having found good cause to grant said motion, the Motion to Stay Further Proceedings Pending Resolution of Defendant's Motion to Dismiss and Motion for Judgment on the Pleadings is hereby GRANTED.

This the 1st day of Sept , 2016.

_____
THE HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE