UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

GLORIA PITTMAN, individually and on behalf of all other similarly situated persons,

    Plaintiff,

v.

BARNHILL CONTRACTING COMPANY,

    Defendant.

**JUDGMENT**
No. 4:15-CV-184-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 18, 2016, that this case is dismissed without prejudice.

**This Judgment Filed and Entered on November 29, 2016, and Copies To:**
Alvin L. Pittman (via CM/ECF Notice of Electronic Filing)
Isaac Augustin Linnartz (via CM/ECF Notice of Electronic Filing)
Jonathan Travis Hockaday (via CM/ECF Notice of Electronic Filing)
Kerry A. Shad (via CM/ECF Notice of Electronic Filing)
Kimberly J. Korando (via CM/ECF Notice of Electronic Filing)
Patrick D. Lawler (via CM/ECF Notice of Electronic Filing)
Gloria Pittman (via. U.S. Mail) 1124 Gay St., Rocky Mount 27804

November 29, 2016        JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk